### SARAH AMSDEN v. A. P. AMSDEN.

Divorce—wilful absence—alimony.

Where the husband is lazy, loitering about, and neglects to provide for his family for more than three years, a divorce will be decreed with alimony and costs.

DIVORCE. The cause alleged for the divorce is wilful absence for more than three years. It appeared in evidence, that the defendant was frequently absent, and from sheer laziness, wholly neglected to

67

provide for his family. He was a physician, and went, as he said, *doctoring about the country.* One time, when he had been gone 67] *several days, and left no provisions whatever for his family, she went to her father's, about eight miles off. When he returned, and had learned where his wife was, instead of going for her, he left the country, and has since been absent more than three years, without contributing at all to the support of the wife, who continues to reside with her father.

Divorce decreed, with two hundred dollars alimony to the wife, and costs, to be paid in sixty days, or execution.